IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:97-CR-00142-F-3
No. 5:16-CV-00361-F

| | |
|---|---|
| MARK A. WILLIAMS,<br>　　　　Petitioner,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | )<br>)<br>)<br>)　　　ORDER<br>)<br>)<br>) |

The motion [DE-643] Mark A. Williams filed to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, received on June 28, 2016, does not substantially follow the form appended to the Rules Governing Section 2255 Proceedings, and therefore, it is not in compliance with Rule 2(c) of the Rules Governing Section 2255 Proceedings and Local Civil Rule 81.2 of this court. The Clerk is DIRECTED to send another copy of the appropriate form to Williams. Williams must complete the form in its entirety, sign it under penalty of perjury (or a person authorized by Williams, such as an attorney, may sign it) and file the original with the Clerk of this court.

**Williams is DIRECTED to return the form, in accordance with these instructions, within fourteen (14) days from the filing of this order. Failure to do so may result in the dismissal of this action or the striking of the motion.**

Send the original of the completed § 2255 form to the following[1]:

> Clerk of Court
> United States District Court, E.D.N.C.
> ATTN: Prisoner Litigation Division
> P.O. Box 25670
> Raleigh, NC  27611

---

[1] A copy of the completed § 2255 motion will be forwarded to the United States Attorney.

Williams has filed a motion to appoint counsel [DE-642], and he asserts challenges based on *Johnson v. United States*, 135 S. Ct. 2551 (2015). Counsel was previously appointed pursuant to Standing Order No. 15-SO-2 (E.D.N.C. Oct. 16, 2015) and has moved to withdraw. Consequently, Williams's Motion to Appoint Counsel [DE-642] is DENIED.

SO ORDERED.

This 29 day of June, 2016.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE